PROVIDED TO CHARLOTTE
CORRECTIONAL INSTITUTION
ON 9/7/22 FOR MAILING
BY _____ U.S. District Court, Middle District Jacksonville Florida

NYKA O'CONNOR,
Plaintiff

V.

SEC. FDOC, et al,
Defendants

**FILED**

2022 SEP 12 PM 3:06

CLERK. US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

case # 3:22-cv-00912-MMH-LLL

3:22-CU-994-TJC-JBT

NOTICE OF RELOCATION-ADDRESS CHANGE & MENTAL STATUS

1. Pursuant to the applicable authorities; O'Connor states:-

2. O'Connor previously wrote this Honorable Court and others about his Mental Issues & will supplement same, herewith.

3. On about 8-23-22, O'Connor was discharged from TCU to Gen. Pop., at Wakulla CI (WCI); then on 8-30-22, O'Connor was transferred from WCI to Charlotte CI (CCI). Take in mind O'Connor has been on CM from 2005-2019, then did about 2½ years in TU & 6 months in TCU mental settings at WCI. O'Connor specifically asked to be sent to Southbay CI, close to Ft Lauderdale FL., to get a visit from Mom residing in Ft. Lauderdale, and NOT sent to a hostile facility, where O'Connor may revert to his old ways of swallowing paperclips, lengthy hunger strikes, getting Baker Acted, stab staff, stab inmate, etc; which O'Connor's history reflects in FDOC.

4. The first day at CCI, (8-30-22) O'Connor ran into "Ms G," a CUF Sgt over property room, who commenced to yell & scream in O'Connor's' face in close proximity, which constitute assault; which ensue because O'Connor simply asked inventory officer Sharrer who was inventorying O'Connor's' personal property to provide O'Connor the good razor-battery powered, instead

1-6

of providing O'Connor the broken battery powered
razor & ~~confiscating~~ the good battery powered razor.
O'Connor wrote a grievance on said two white
RACIST staff in property i.e., Ms G & Co Sharrer,
to no avail, which was returned without
action, & issue remains unresolved.
5. It should be noted that said day 8-30-22,
O'Connor declared a psych emergency after Ms G
did Her yelling & screaming aforesaid, which
aggitated & aggravated O'Connors' chemical
imbalance in His brain, paranoia, stress, anxiety,
etc; O'Connor takes psych meds for. O'Connor
was then escorted to the Property Room
back where cages are & no cameras. This
probably is to beat-down area, where staff
uses excessive force on inmates. Ms G also
said to O'Connor while He was going to the back
property room area "welcome to Charlotte CI."
In O'Connor's mind, O'Connor thought to Himself,
I guess Ms G doesn't know O'Connor was at CCI
in 2010 when He swallowed the paperclip &
had it surgically removed & housed in Y-Dorm-
CSU-TCU back then. Ms-G probably have
seen O'Connor in videos crawling outside the
cell flap & running 10-man extraction team
atop Santa Rosa CI (SRCI) dayroom roof,
&/or when O'Connor Stabbed up staff at
SRCI in 2010; but don't know it was
O'Connor. After all, F.DOC used some of
O'Connors' videos to train rookie staff.
6. Finally, Ms G should know it will cost F.DOC
a lot more to defend ~~[illegible]~~ a small claims complaint
in court about said battery razor. Or in lieu,
O'Connor can place a $4,000,000,000 commercial
lien on Ms G, et al, since, Nyka Tassiant O'Connor is a SPC;

2-6

and Registered in FL. Secured - Commercial Registry.

7. Come Thursday 9-1-22, ICT placed me to work in Food Service instead of the Law Library considering O'Connor's Blackstone Certified Paralegal. O'Connors' Mother Sandra Taylor called FDOC Central Office & complained about His Mental Issues, His history of stabbing staff & inmates, & shouldn't be around sharp utensils, etc., & not placed in the Kitchen - Food Service - which is stressful! FDOC Central Office told O'Connors' Mom there's nothing they can do & to call CCI Warden & Classification, which She did. The Warden's Secretary refered Her to Classification Ms McDermott, who placed O'Connor on a call-out to speak with O'Connor said day - who O'Connor spoke with and advised O'Connor that Mental Health will have to put it in O'Connors jacket that He can't be around sharp objects in Food Service, for a job change. During said conversation with Ms McDermott, some big WIM staff probably Classification Supervisor or Asst Warden was eves-dropping on said confidential interview between O'Connor & Ms McDermott & barged into the room & told Ms McDermott He heard the whole conversation, that the interview is over & He doesn't know where O'Connor came from, but He's now at CCI and will do as told. O'Connor then left the room & sat in the Med / Classification waiting room where there's no cameras either.

8. Now, O'Connor works in F/S (Food Service) doing 9-12 hours shifts, waking up at 2AM every morning & leave F/S at 11AM or 2PM, standing all the time, which causes severe back pain / neck pain, numbness

3-6

with tingly feeling from neck to hands due to spinal osteoarthritis. This also contributes to unnecessary stress, anxiety, paranoia, depression. Where, O'Connor think it's not smart for ICT to place O'Connor in Food Service, using utensils serving food, where, O'Connor can simply break the scoop part off said utensil, sharpen the handle & make a weapon with it. Someone would think this is the last place (FIS) that ICT would place O'Connor to work, when O'Connor, a Jamaican native, has been making knives, ice-picks, spears, fish-guns, etc., since a kid in Jamaica; and could build & program a computer, which He's also certified in Computer-Electronics from Sheridan Vo-Tech, went to ITT & enrolled in BCC.

9. There is also something O'Connor brought to the attention of Mental Health when O'Connor declared a psych emergency on 8-30-22. Specifically, that O'Connor is supposed to be housed alone due to paranoia, impulsively attacking prior cellmates while asleep when they did small stuff like flush the toilet, bumped the bunk, etc; and even beat one cellmate so bad, He sent Him to outside hospital. Same was disregarded & O'Connor has a cellmate.

10. O'Connor is sending this Notice to various parties, just in case anything happens; e.g., O'Connor bugs up, snaps, etc., and go to His old ways, though O'Connor wants to progress & not regress, and really doesn't want to go back to CM or Mental Impatient unless NECESSARY. O'Connor would like to stay close to Ft Laud to get a visit from His Mom who He hasn't seen since 2003; as soon as she gets eye-lid injections & can see to drive to visit Him. Also, O'Connor's writing this Notice, just in case CCI wants to retaliate & place O'Connor in that extremely hot confinement - where O'Connor may

definitely bug-up even more. Or staff may set-up
O'Connor with a knife, cellphone, drugs, etc,
or want to use excessive force on O'Connor - God
Forbid. Hope these matters can be resolved without
grievance or suits, etc..
11. Additionally FIS refused to acknowledge God's
rest day, i.e., the Sabbath by forcing O'Connor to
work on the Sabbath 9-3-22 - Saturday, contrary
to O'Connors' Sincere Jewish - SY-DA Tenets.
12. Almost forgot that O'Connor has had a run-in
with Captain Frost aka "Frost CI," a term referred
to instead of Charlotte CI. Where, Captain Frost
allegedly used excessive force on an inmate which
was also on TV, which the Inspector General
Cleared, then allegedly CCI female staff made
sexual harassment - PREA allegations against
Capt. Frost, which also got cleared. Thus, He's also
known as Teflon Frost; though upon information &
belief, Capt. Frost got beatrup at Martin CI.
Even John Gotti was believed to be Teflon Jon
until the Feds got Him. Captain Frost may not be
aware, but the Feds can re-open both the above
excessive force & sexual allegation claims against
Him, and if Probable Cause is found, charge Him, e.g.,
under 18 USC § 241-242. CCI staff treats inmates like DOGS.
13. It's ironic that the second day O'Connor was at
CCI on 8-31-22, an inmate stabbed another inmate
in the neck; ~~in~~ in Gen Pop, coming out of FIS.
However, the CM ~~officers~~ on the CM side of CCI started
wearing vests to protect them from stabbing; but the Gen
Pop staff doesn't wear vests. Then the vest(s) protect(s)
the body, but not the neck area. Wonder if any inmate
will Stab Capt. Frost. None of this makes sense.
14. Right now, O'Connor's Thoughts & mind is racing, &
the voices in His head are the scriber of these words.

15. I swear by the penalty of perjury, these statements are true.

Date: 9-7-22                          /s/ NYKA  TASSIANT O'CONNOR
                                      NYKA  O'CONNOR, 199579


16. I certify that a true copy hereof was provided to FJOC staff for mailing to:

1. Fla Justice Inst. 100 S.E. Second St. Ste 3750 Miami FL. 33131
2. US Justice Dept. 950 Penns. Ave. N.W. Wash. DC. 20530
3. James Cook, 314 Jefferson St. Tall. FL. 32301.
4. Sec FJOC 501 S. Calhoun St Tall. FL 32399
5. Charlotte CI Warden, 33123 Oil well Rd, Punta Gorda FL 33955.

Date:  9-7-22                         /s/ NYKA  TASSIANT O'CONNOR
Charlotte CI                          NYKA  O'CONNOR, 199579
33123 Oil well Rd,
Punta Gorda  FL 32327

5-6.